IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BRUCE J. CARR, | § | |
| | § | No. 50,2020 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. I.D. No. 82002234DI |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: July 6, 2020
Decided: July 23, 2020

**O R D E R**

On March 12, 2020, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant, Bruce Carr, to show cause why his appeal should not be dismissed for his failure to pay the Supreme Court filing fee or file a motion to proceed *in forma pauperis*. On March 16, 2020, the Court received the certified mail receipt indicating that the notice to show cause had been delivered. A timely response to the notice to show cause would have been due on or before March 23, 2020. Under the Court's emergency orders that extended filing deadlines due to the COVID-19 pandemic, the deadline for Carr's response to the notice to show cause was extended through July 1, 2020. Carr has not responded to the notice to show

cause, nor has he paid the filing fee or filed a motion to proceed *in forma pauperis*.

Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice